IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MATTHEW LAFORGE, | Cause No. CV 25-22-H-DWM |
| Plaintiff, | |
| vs. | ORDER |
| SGT. GOODY AND SGT. STROUP, | |
| Defendants. | |

Plaintiff Matthew LaForge has filed a Complaint and two Amended Complaints related to his incarceration at Crossroads Correctional Center. (Docs. 2, 9, and 11.) His original Complaint was screened pursuant to 28 U.S.C. § 1915 and determined to fail to state a claim. (Doc. 6.) He was given detailed direction on the Complaints deficiencies. *Id.* LaForge's subsequent Amended Complaints have failed to remedy those deficiencies. For the reasons outlined in the Court's previous Order, LaForge's Second Amended Complaint fails to state a claim for relief and is dismissed.

Accordingly, IT IS ORDERED that:

1. LaForge's Second Amended Complaint is dismissed for failure to state a claim. (Doc. 11.) The Clerk of Court is directed to close the case and enter judgment.

2. This dismissal counts as a strike against LaForge within the meaning

1

of 28 U.S.C. § 1915. Appeal would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

DATED this 7th day of July, 2025.

_____
Donald W. Molloy, District Judge
United States District Court